UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CAUSE NO. 2:09 CR 239 |
| | ) | |
| EDWARD RAY KIND | ) | |

## ORDER

This matter is before me on a letter from Defendant Edward Ray Kind, sent directly to the Court [DE 148]. On October 28, 2010, Kind was sentenced to serve sixty months of imprisonment in the custody of the Bureau of Prisons, to run concurrently to the sentence imposed in Tippecanoe County, Indiana in Case Number 79C01-0908-FA-00012 [DE 84 at 2]. In February 2012, Kind submitted a letter to me requesting information regarding his "out date" which I construed as a motion seeking a ruling on his release date. [DE 105, 106] I denied that request because I lacked jurisdiction to determine when Kind should be released. [DE 106]

Kind is currently being held at the Miami Correctional Facility in Bunker Hill, Indiana [DE 148]. In his letter, Kind requests that his detainer be lifted because he has served 85% of his time. [*Id.*] As with his February 2012 request, I will construe this letter as a Motion to the Court, seeking a ruling on his release date.

The Attorney General, through the BOP, has the responsibility for imprisoning federal offenders and administering the sentence. *United States v. Wilson*, 503 U.S. 329, 331, 335 (1992). After sentencing, only the Attorney General has the authority under 18

U.S.C. § 3585(b) to calculate a federal prisoner's period of incarceration. *Cabada v. Zickefoose*, 432 Fed. Appx. 161, 163 (3d Cir. 2011), citing *Wilson*, 503 U.S. at 334-35. As with his previous request, I lack jurisdiction to determine the date on which Kind will have completed serving his federal sentence.

For the foregoing reasons, Kind's motion is therefore **DENIED**.

**SO ORDERED**.

ENTERED: February 17, 2015

s/Philip P. Simon
PHILIP P. SIMON, CHIEF JUDGE
UNITED STATES DISTRICT COURT